# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | |
|---|---|
| In re:  Glenda Swartz Mulch, LLC | Case No: 24-30964 |
| | Chapter 11 |
| *Debtor* | Judge Guy R. Humphrey |

## DEBTOR'S APPLICATION AUTHORIZING THE EMPLOYMENT AND RETENTION OF HURLEY LAW, LLC AS COUNSEL FOR THE DEBTOR

Now comes the debtor-in-possession (the "**Debtor**") and respectfully requests an order from this Court for the entry of an order authorizing the employment and retention of Hurley Law, LLC ("**Hurley Law**" or the "**Firm**"), as its general bankruptcy counsel in this Chapter 11 proceeding pursuant to section 327(a) of title 11 of the Bankruptcy Code, and Rule 2014-1 of the Bankruptcy Rules, and Rule 2014-1 of the Local Rules. In support of this Application, the Debtor submits the declaration of Dustin R. Hurley, an attorney of the Firm, which is attached hereto as Exhibit B (the "**Attorney Declaration**"), and respectfully represents as follows:

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory and legal predicates for the relief requested herein are section 327 of the Bankruptcy Code, Bankruptcy Rule 2014-1, and Local Rule 2014-1.

4.      The Debtor is authorized to continue to operate its business and manage its property as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.     Information regarding the Debtor's history and business operations, capital structure and secured indebtedness, and the events leading up to the commencement of this Chapter 11 case can be found in the First Day Declaration, which has been filed with the Court on the Petition Date.

6.     By this Application, the Debtor seeks entry of an order, pursuant to Bankruptcy Code section 327(a) authorizing the Debtor to employ and retain the Firm as its general bankruptcy counsel under a general retainer to perform the legal services that will be necessary during this chapter 11 case..

7.     A proposed form of an order granting the relief requested in this Application is attached hereto as Exhibit C (the "**Proposed Order**").

8.     The Court may grant the relief requested herein pursuant to sections 327(a) of the Bankruptcy Code.

9.     The Firm employs lawyers experienced in general business law and bankruptcy law who are well qualified to represent the Debtor.

10.     Attorney Dustin Hurley, who will serve as lead bankruptcy counsel for the Debtor, has sufficient bankruptcy experience to represent the Debtor's estate. Mr. Hurley has served as lead counsel or co-counsel for debtors in several thousand bankruptcy cases, including several hundred bankruptcy litigation matters.

11.     Subject to court approval under section 330(a) of the Bankruptcy Code, compensation will be payable to the Firm on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by the Firm. The hourly rates charged by the Firm are consistent with the rates charged in other bankruptcy and non-bankruptcy matters of this type and are subject to periodic adjustment to reflect economic and other conditions.

12.     The Debtor executed the Firm's standard legal services agreement which is attached hereto as Exhibit A.

13.     The Firm's hourly rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and to cover fixed and routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned and may be adjusted by the Firm from time to time. Presently, Dustin Hurley's hourly rate is $375.00.

14.     It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with a client's case. These expenses include, among other things, filing fees and postage expenses. The Firm will charge the Debtor for these expenses in a manner and at a rate consistent with charges made generally to its other clients.

15.     The professional services that the Firm will render to the Debtor include, but shall not be limited to, the following: (a) to advise the Debtor with respect to its rights, powers and duties in this case; (b) to advise and assist the Debtor in the preparation of its petition, schedules, and statement of financial affairs; (c) to assist and advise the Debtor in connection with the administration of this case; (d) to analyze the claims of the creditors in this case, and negotiate with such creditors; (e) to investigate the acts, conduct, assets, rights, liabilities and financial condition of the Debtor and the Debtor's business; (f) to advise and negotiate with respect to the sale of any or all assets of the Debtor; (g) to investigate, file and prosecute litigation of behalf of the Debtor; (h) to propose a plan of reorganization; (i) to appear and represent the Debtor at hearings, conferences, and other proceedings; (j) to prepare and/or review motions, applications, orders, and other filings filed with the Court; (k) to institute or continue any appropriate proceedings to recover assets of the estate; and (l) to perform any and all such other legal services as may be required that are in the best interest of the estate or its creditors.

16.     The Debtor desires to retain Hurley Law under the Legal Service Agreement set forth in the Attorney Declaration.

17.     On February 16, 2024, the Firm received a retainer deposit from the Debtor in the amount of $10,000.00. On May 16, 2024, the Firm received an additional retainer deposit from the Debtor in the amount of $5,000. The Firm has applied $14,750 to the Debtor's invoices for its pre-petition services and expenses rendered on behalf of the Debtor in connection with the preparation and commencement of this Chapter 11 proceeding, including the Chapter 11 filing fee. The Firm is still holding $250 of retainer funds from the Debtor which will be applied to any fees and expenses as approved by this Court.

18.     As set forth in the Attorney Declaration, the Firm has not shared or agreed to share any of its compensation from the Debtor with any other person.

19.     To the best of the Debtor's knowledge, the Firm has not represented the Debtor's creditors, equity security holders, or any other parties-in-interest, or their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee, in any matter relating to the Debtor or its estate.

20.     The Firm is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that the Firm, its members, counsel, and associates (a) are not creditors, equity security holders, or insiders of the Debtor; (b) are not and were not, within two (2) years before the Petition Date, directors, officers, or employees of the Debtor; and (c) do not have an interest materially adverse to the interests of the Debtor's estate or of any class of the Debtor's creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

21.     For the reasons set forth above, the Debtor respectfully submits that the Firms'
retention and employment is necessary and in the best interest of the Debtor and its estate.

22.     The Debtor will provide notice of this Application to: (a) the Debtor; (b) the U.S.
Trustee; (c) Debtor's secured creditors; (d) Debtor's 20 largest unsecured creditors; and (e) all
parties who have filed a notice of appearance and request for service of papers pursuant to
Bankruptcy Rule 2002. In light of the nature of the relief requested herein, the Debtor submits
that no other or further notice is necessary.


**WHEREFORE**, for the reasons set forth herein, the Debtor respectfully requests this
Court to enter an order, substantially in the form attached hereto, granting the relief requested in
this Application and such other and further relief as is just and proper.

Respectfully Submitted,

/s/Dustin R. Hurley
Dustin R. Hurley, Esq. (0084403)
*Proposed Counsel for Debtor*

Hurley Law, LLC
301 N. Breiel Blvd.
Middletown, Ohio 45042
Phone: 513-705-9000
Fax: 513-705-9001
Email: hurley@hurley.law

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this **20ᵗʰ day of May, 2024** a copy of the foregoing **DEBTOR'S APPLICATION AUTHORIZING THE EMPLOYMENT AND RETENTION OF HURLEY LAW, LLC AS COUNSEL FOR THE DEBTOR** was served **electronically** through the Court's ECF System upon all registered ECF participants at the email address registered with the Court

and upon the following by **first class mail** addressed to:

Glenda Swartz Mulch, LLC
2440 E Lytle 5 Points Rd.
Sugarcreek Township, OH 45458

Largest 20 unsecured creditors, except to the extent they are FDIC insured

and upon the following FDIC institutions by **certified mail** addressed to:

American Express
Attn: Stephen Squeri, CEO
115 W. Towne Ridge Pkwy
Sandy, UT 84070

Chase
Attn: Jamie Dimon, CEO
1111 Polaris Pkwy
Columbus, OH 43240

Fifth Third Bank
Attn: Timothy N. Spence, CEO
38 Fountain Square Plz
Cincinnati, OH 45202

First Financial Bank
Attn: Archie Brown, CEO
255 E 5th St
Cincinnati, OH 45202

Huntington Bank
Attn: Stephen D Steinour, CEO
17 S High St
Columbus, OH 43215

John Deere Financial
Attn: Raj Kalathur, President
8383 Greenway Blvd
Ste 300
Middleton, WI 53562

US Bank
Attn: Andrew Cecere, CEO
800 Nicollet Mall
Minneapolis, MN 55402-4302

Respectfully Submitted,

/s/Dustin R. Hurley
Dustin R. Hurley, Esq. (0084403)
*Proposed Counsel for Debtor*

American Express
200 Vesey St.
New York, NY 10285

CAT Financial
2120 W. End Ave.
Nashville, TN 37203

Champion Equipment Supply
3600 Valley St.
Dayton, OH 45424

Chase
270 Park Ave.
New York, NY 10172

Columbus Equipment Company
2323 Performance Way
Columbus, OH 43207

Evans Landscaping
4229 Round Bottom Rd.
Cincinnati, OH 45244

Fifth Third Bank
1 S. Main Street
Dayton, OH 45402

First Financial Bank
225 East 5th Street
Suite 700
Cincinnati, OH 45202

First Financial Bank
225 East 5th Street
Suite 700
Cincinnati, OH 45202

First Financial Bank
225 East 5th Street
Suite 700
Cincinnati, OH 45202

First Financial Bank
225 East 5th Street
Suite 700
Cincinnati, OH 45202

First Financial Bank
225 East 5th Street
Suite 700
Cincinnati, OH 45202

Huntington National Bank
11100 Wayzata Blvd.
Suite 801
Hopkins, MN 55305

JB Mulch & Pavers
3372 W National Rd.
Dayton, OH 45414

John Deere Financial
8383 Greenway Blvd.
Middleton, WI 53562

Leaf Capital Funding
2005 Market Street
14th Floor
Philadelphia, PA 19103

Maverick Environmental Equipment
6585 N. Jerome Rd.
Alma, MI 48801

US Bank
80 S. 8th St.
Suite 224
Minneapolis, MN 55402

US Bank Equipment Finance
13010 SW 68th Parkway
Suite 100
Portland, OR 97223

World Fuel Services
5163 Wolfpen Pleasant Hill Rd.
Milford, OH 45150

## NOTICE OF MOTION

The Debtor has filed a motion/application with the Court for an order appointing Hurley Law, LLC to serve as counsel to the Debtor in Possession.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the relief sought in the Motion, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to:

U.S. Bankruptcy Court, 120 West Third Street, Dayton, OH 45402

Or your attorney must file a response using the court's ECF System. The court must receive your response on or before the above date. You must also send a copy of your response either by 1) the court's ECF system or by 2) regular U.S. Mail to:

Glenda Swartz Mulch, LLC, 2440 E Lytle 5 Points Rd., Sugarcreek Township, OH 45458

Hurley Law, LLC, 301 N. Breiel Blvd., Middletown, OH 45042

U.S. Trustee, 170 North High Street, Suite 200, Columbus, OH 43215

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without further hearing or notice.

Dated:  May 20, 2024

/s/Dustin R. Hurley, Esq.
Dustin R. Hurley, Esq. (0084403)
*Proposed Counsel for Debtor*

## **EXHIBIT A**

Legal Services Agreement

## <u>Legal Services Agreement</u>

**1. Parties to this Agreement:**  The parties to this Legal Services Agreement (the "**Agreement**") are Hurley Law, LLC (the "**Law Firm**") and Glenda Swartz Mulch, LLC (the "**Client**").

**2. Scope of Representation:**  The Law Firm agrees to provide legal services to the Client for the following subject matter only (the "**Matter**"): Bankruptcy.

The Matter excludes any services not specifically described herein, including without limitation tax matters, appeals or taking any action to preserve the timeliness of an appeal, post-sentencing and probation actions in criminal matters, or any other service not directly related to the Matter. The Law Firm's advice is limited to the laws of the State of Ohio or Michigan, as applicable. If the Client is an entity, the Law Firm's advice is limited to the best interests of the Client, as opposed to the best interests of any individual owner, director, officer, or employee of the Client. The Law Firm does not represent any individual owner, director, officer, or employee of the Client unless identified otherwise in Section 1.

**3. Legal Fees:**  The Client agrees to compensate the Law Firm as follows (the "**Legal Fees**"):

At the hourly rates set forth in the Additional Terms below. Time will be calculated in 1/10th hour intervals (six minutes) and will be rounded up to the nearest interval. Time will begin at the start of the initial consultation unless the Law Firm previously offered a free or reduced fee for the consultation. The time charged includes conflict checks, drafting this Agreement, opening the matter file, office appointments, telephone calls, text messages, voicemails, letters, faxes, emails, memos to our internal file, dictating, transcribing, research, drafting, preparing duplicates, court appearances, depositions, mediations, travel time, waiting time, and any other time related to your Matter that prevents the Law Firm from being able to work on another client's matter.

The Law Firm may increase the hourly rates periodically. The Client accepts the increased hourly rates unless the Client notifies the Law Firm of its intention to terminate this Agreement.

**4. Expenses:**  In addition to the Legal Fees, the Client is responsible for expenses related to court costs, filing fees, stenographers, deposition transcripts, expert witnesses, investigators, investigative reports, bulk or express mail postage, bulk copies, deliveries, witness fees, and any other expenses related to the Matter (the "**Expenses**"). The Client is required to pay Expenses at the time they are incurred. The Law Firm may agree to advance the cost of Expenses, in which case the Client will reimburse the Law Firm promptly upon request.

The Law Firm subscribes to a paid investigative report service to aid in investigating names, addresses, relationships, and other information of people that may be involved in a legal matter. If the Law Firm believes conducting an investigative report is reasonably necessary to complete the Matter, the Client agrees to compensate the Law Firm $150.00 per investigative report.

**5. Term of this Agreement:**  This Agreement is effective upon the Client providing the Law Firm with an executed copy of this Agreement and upon the Client depositing a retainer in the amount of $ 10,000

The Client or the Law Firm may terminate this Agreement at any time for any or no reason. This Agreement shall automatically terminate upon the earlier of the Law Firm completing the Matter, the Law Firm terminating representation, or the Client terminating representation. The Client agrees that upon termination of this Agreement by either party, the Client will remain responsible for all Legal Fees and Expenses incurred before the time of termination. In flat fee and contingency fee matters, the Legal Fee will be based on the services performed up to the time of termination charged at the hourly rates set forth below. Upon termination of this Agreement, the Law Firm will refund to the Client any un-earned portion of the retainer balance.

**6. Law Firm's Responsibilities:**  The Law Firm agrees to provide legal advice and services to the Client in connection with Matter in accordance with the law and regulations governing attorneys. The Law Firm, in its sole discretion, may assign all or some of the tasks related to the Matter to specific attorneys and staff within the Law Firm. The Law Firm has sole discretion to determine when to submit billing invoices to the Client and the due date for billing invoices. The Client may request invoices or retainer fund balances at any time.

**7. Client's Responsibilities:**  The Client agrees to cooperate with the Law Firm's requests for information, to appear for scheduled meetings, to promptly bring any concerns to the Law Firm's attention, and to notify the Law Firm immediately of any change of address, phone number, and email address.

In addition, the Client agrees to pay all Legal Fees and Expenses in full on or before the due date indicated on a billing invoice. Invoices are generally due upon receipt. Balances unpaid for 30 days will accrue interest at 1.5% per month. In the event the Client does not timely pay a billing invoice, the Law Firm may immediately discontinue all work related to the Matter, withdraw as counsel, or terminate this Agreement. The Law Firm may elect to re-open the Matter at the Law Firms' sole discretion only after the Client has paid their balance in full.

Upon the request of the Law Firm, the Client will timely replenish the amount of the retainer to cover future services, in addition to timely paying outstanding billing invoices.

**8. No Guarantees:**  The Client understands and agrees that the Law Firm has made no guarantees whatsoever to the Client regarding the final outcome of the Matter. Any representations made by the Law Firm to the Client regarding possible outcomes of the Matter and cost estimates are opinions based upon the information known to the Law Firm at that time.

**9. Miscellaneous:**  If the Client is a married couple, the spouse executing this Agreement represents they have authority to execute this Agreement on behalf of their spouse. With the Client's consent, the Law Firm may associate with an outside attorney or law firm as co-counsel. This Agreement is governed by the laws of the State of Ohio. Any dispute between the Client and the Law Firm will be resolved in Butler County, Ohio. Client files may be destroyed by the Law Firm after seven years. The Additional Terms attached hereto are incorporated into this Agreement. This is the entire agreement among the parties and supersedes any prior discussion or agreement regarding the subject matter herein. This Agreement shall not require a countersignature by the Law Firm and is binding upon the Client's execution of this Agreement.

The Client acknowledges it has read this Agreement and has had sufficient opportunity to discuss the Agreement with the Law Firm.

**Client:**

_Glenda Swant_    2/16/24

## Additional Terms

Thank you for the opportunity to represent you. We very much look forward to working with you. Please keep the following in mind as we work together on your matter.

**Hourly Rates**
For Matters that are billed hourly, the Law Firm's current hourly rates are as follows:

| | |
|---|---|
| Christopher Atkins: | $400 |
| Robert Dumes: | $300 |
| Jessica Francis: | $295 |
| Dustin Hurley: | $375 |
| James Langendorf: | $395 |
| Law Clerks: | $175 |
| Legal Assistants: | $75 |
| Paralegals: | $175 |

**Office Locations**
Our main office is located at:
Hurley Law, LLC
301 N. Breiel Blvd.
Middletown, Ohio 45042

Additional office locations by appointment only located in:
West Chester
Blue Ash
Rookwood
Downtown Cincinnati

**Office Hours**
Monday – Friday       9:00 AM – 5:00 PM
Closed for all federal holidays

Attorneys and staff primarily work out of our main office in Middletown. Our additional office locations are by appointment only. Depending on your needs, we may only be able to assist with certain activities at our Middletown location, such as a notary.

Occasionally, the offices will be closed during the lunch hour, so we recommend calling ahead if you plan to visit our offices during the lunch hour. Appointments are available outside of normal hours when necessary.

**Email**
Email is our preferred method to communicate because we can reply at any time, and we can keep a written record of our conversations for future reference. We aim to reply within one business day.

**Telephone**

Although we prefer email, please do not hesitate to call us. Due to court hearings, client meetings, and working on client matters, our availability by phone may be limited on certain days. If the attorney is unavailable when you call, please feel free to leave a detailed message with the support staff or voicemail. We aim to return phone calls within one business day.

**Payments**

We accept cash, personal or business check, certified check, money order, ACH, Visa, MasterCard, Discover, and American Express.

Invoices will typically be sent to you via email, which will include a secure link to pay online with a card. You can also call our office during business hours to make payments by card over the phone. You may also mail checks to any of our office locations.

Cash payments may be made in person at our Middletown location only.

**Retainers**

In many cases, clients will be required to keep a balance of funds on retainer to cover future services. We will notify you when your retainer balance is getting low or fully depleted. You will be required to pay any balance, plus replenish your retainer.

**Cost Control**

Unlike some other law firms, you will not be charged for administrative expenses such as ordinary postage, ordinary copies, software, filing, and time spent preparing invoices.

## **EXHIBIT B**

Attorney Declaration

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| In re:   Glenda Swartz Mulch, LLC | Case No: 24-30964 |
| | Chapter 11 |
| *Debtor* | Judge Guy R. Humphrey |

---

**DECLARATION OF DUSTIN R. HURLEY, ESQ.**

---

I, Dustin R. Hurley, Esq. hereby declare the following under penalty of perjury:

1. I am an adult of sound mind.

2. I am the sole member of the law firm Hurley Law, LLC ("**Hurley Law**" or the "**Firm**").

3. I have personal knowledge of the matters set forth herein.

4. I am an attorney licensed and in good standing to practice in the State of Ohio and am duly admitted to practice in the United States District Court, Southern District of Ohio.

5. The representations set forth in the Application are true and correct.

6. Neither I nor Hurley Law has any past or present relationship to the Debtor, the Trustee or equity security holder of the Debtor.

7. Further, neither I nor the Firm has any connection with the Debtor, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except that Hurley Law has rendered legal services to Debtor relating to the Debtor's plans to seek relief under chapter 11 of the Bankruptcy Code and the preparation of the petitions and other papers initiating and prosecuting this case.

8.  Hurley Law has determined that it does not represent, have any current or past relationship with, or have any connection with any party in these proceedings with a material adverse interest with respect to the Debtor.

9.  Neither I nor the Firm holds or represents an interest adverse to the estate. I and the Firm are disinterested persons as required by 11 U.S.C. § 327 and as defined in 11 U.S.C. § 101(14).

10. My proposed employment and the employment of Hurley Law are not prohibited by or improper under Fed. R. Bankr. P. 5002.

11. Hurley Law received compensation from the Debtor totaling $13,012 related to the Chapter 11 bankruptcy.

12. Hurley Law received $15,000.00 from Debtor for retainer funds, which was deposited into the Firm's trust account. $13,012 of those funds were paid to Hurley Law for pre-petition services. $1,738 of those funds were transferred to Hurley Law to be applied to the Chapter 11 filing fee.

13. Hurley Law is still holding $250.00 from the Debtor's retainer funds.

14. Neither I nor Hurley Law nor any of its employees have received any compensation herein within one year prior to the filing of the Debtor's petition through the date of the Application, except the payments described above.

15. Hurley Law intends to apply for compensation for professional services rendered in connection with this chapter 11 case subject to approval of the Court and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any administrative order entered by the Court, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by the Firm. The

Firm operates in a regional marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialty, the firm's expertise, performance and reputation, the nature of the work involved, and other factors.

16. Presently, the Firm's current hourly rates are $75 for legal assistants, $175 for paralegal and law clerks, and $295 - $400 for attorneys.

17. I will be the lead bankruptcy counsel and my current hourly rate is $375.

18. These hourly rates are subject to periodic adjustments to reflect economic and other conditions.

19. The Debtor has been advised that the hourly rates set forth above are Hurley Law's standard hourly rates for work of this nature and that these rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and to cover fixed and routine overhead expenses. It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with a client's case. These expenses include, among other things, filing and recording fees, express mail, transcription costs. The Firm will charge the Debtor for these expenses in a manner and at a rate consistent with charges made generally to its other clients.

20. No promises have been received by me, nor Hurley Law, nor by any partner, counsel, or associate thereof, as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with this chapter 11 case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 18, 2024                         /s/Dustin Hurley_____
                                            Dustin R. Hurley

## **EXHIBIT C**

Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| In re:  Glenda Swartz Mulch, LLC | Case No: 24-30964 |
| | Chapter 11 |
| *Debtor* | Judge Guy R. Humphrey |

**ORDER GRANTING DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER**
**AUTHORIZING THE EMPLOYMENT AND RETENTION OF HURLEY LAW, LLC**
**AS COUNSEL FOR THE DEBTOR (Doc. ____)**

Upon consideration of the application ("**Application**")[1] of the Debtor and Debtor-in-

possession in the above-captioned Chapter 11 case ("**Debtor**"), for entry of an order pursuant to

sections 327(a) of the Bankruptcy Code, Rule 2014 of the Bankruptcy Rules, and Rule 2014-1 of

the Local Rules authorizing the retention and employment of Hurley Law as bankruptcy counsel

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

to the Debtor in this chapter 11 case, as more fully described in the Application; and it appearing that the Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 1334(b) and 157; and it appearing that the Application is a core matter pursuant to 28 U.S.C. § 157(b); and it appearing that venue of this case and of the Application is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and adequate notice of the Motion has been given under the circumstances, and that no other or further notice need be given; and upon consideration of the Declaration of Glenda Swartz, filed contemporaneously with the Application, and the Declaration of Dustin R. Hurley, attached to the Application; and this Court finding that Hurley Law is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code, and as required by section 327(a) of the Bankruptcy Code because (a) Hurley Law has no connection with the Debtor, any creditors, or other parties in interest, their respective attorneys and accountants, or the United States Trustee or any of its employees, except as set forth in the Attorney Declaration, (b) Hurley Law is not a creditor, equity security holder, or insider of the Debtor, (c) none of Hurley Law's members or employees are or were, within two (2) years of the Petition Date, a director, officer, or employee of the Debtor, and (d) Hurley Law does not hold and has neither represented nor represents an interest materially adverse to the interests of the Debtor's estates or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or for any other reason; and it appearing that the relief requested in the Application is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and after due deliberation, and good sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Application is GRANTED.

2.       In accordance with section 327(a) of the Bankruptcy Code, the Debtor is hereby authorized to retain and employ the firm of Hurley Law, LLC as its bankruptcy counsel on the terms set forth in the Application and the Legal Services Agreement incorporated therein.

3.       Hurley Law, LLC shall be entitled to allowance of compensation and reimbursement of expenses, upon the filing and approval of interim and final applications pursuant to the Bankruptcy Rules, the Local Rules, and such other orders as this Court may direct, including, without limitation, any order of this Court establishing procedures for interim compensation and reimbursement of professionals retained in this chapter 11 case.

4.       Hurley Law shall file a copy of the budget approved by the Debtor for the applicable billing period with each fee application.

5.       The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application and the Attorney Declaration.

6.       The Court retains jurisdiction and power with respect to all matters arising from or related to the implementation or interpretation of this Final Order.

**IT IS SO ORDERED**

**Copies To:**

Default list.